IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| AISHA MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 119-128 |
| | ) |
| RCC-RICHMOND COUNTY CONSTRUCTORS; SEYFARTH SHAW IVAN GARCIA, Legal Representative for RCC; DEBORAH MAXWELL, Crawler Crane Operator; and AKRIDGE RICHARD, RCC Labor Relations, | ) ) ) ) ) ) ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 21ST day of October, 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA